# United States Court of Appeals
## For the First Circuit

No. 11-1952

JAMES LOVGREN; NEW HAMPSHIRE COMMERCIAL FISHERMEN'S ASSOCIATION;
PAUL THERIAULT; CHUCK WEIMER; DAVID ARIPOTCH; TEMPEST FISHERIES,
LTD.; GRACE FISHING, INC.; RICHARD GRACHEK; ROANOKE FISH CO.,
INC.; AMERICAN ALLIANCE OF FISHERMEN AND THEIR COMMUNITIES; NEW
BEDFORD FISH LUMPERS PENSION PLAN; ATLANTIC COAST SEAFOOD, INC.;
LYDIA & MAYA, INC.; JOHN & NICHOLAS, INC.; BERGIE'S SEAFOOD,
INC.; NORDIC, INC.; LYMAN FISHERIES, INC.; THE HOPE II, INC.;
REIDAR'S MANUFACTURING, INC.; DIAMOND DOG FISHING CORP.; ATLANTIC
ENTERPRISES, LLC; WANCHESE FISH COMPANY; EASTER JOY, INC.; LOCAL
1749 ILA, AFL-CIO, NEW BEDFORD FISH LUMPERS PENSION PLAN,

Plaintiffs,

------

CITY OF NEW BEDFORD; CITY OF GLOUCESTER,

Plaintiffs, Appellants,

v.

THE HONORABLE GARY LOCKE, Secretary of Commerce; THE NATIONAL
OCEANIC AND ATMOSPHERIC ADMINISTRATION, (NOAA); THE NATIONAL
MARINE FISHERIES SERVICE, (NMFS); CONSERVATION LAW FOUNDATION,
INC.; JANE LUBCHENCO, Administrator of the National Oceanic and
Atmospheric Administration,

Defendants, Appellees,

------

ATLANTIC COASTAL COOPERATIVE STATISTICS PROGRAM, (ACCSP);
ATLANTIC STATES MARINE FISHERIES COMMISSION, (ASMFC),

Defendants.

No. 11-1964

JAMES LOVGREN,

Plaintiff, Appellant,

------

CITY OF NEW BEDFORD; NEW HAMPSHIRE COMMERCIAL FISHERMEN'S
ASSOCIATION; PAUL THERIAULT; CHUCK WEIMER; DAVID ARIPOTCH;
TEMPEST FISHERIES, LTD.; GRACE FISHING, INC.; RICHARD GRACHEK;
ROANOKE FISH CO., INC.; AMERICAN ALLIANCE OF FISHERMEN AND THEIR
COMMUNITIES; NEW BEDFORD FISH LUMPERS PENSION PLAN; CITY OF
GLOUCESTER; ATLANTIC COAST SEAFOOD, INC.; LYDIA & MAYA, INC.;
JOHN & NICHOLAS, INC.; BERGIE'S SEAFOOD, INC.; NORDIC, INC.;
LYMAN FISHERIES, INC.; THE HOPE II, INC.; REIDAR'S MANUFACTURING,
INC.; DIAMOND DOG FISHING CORP.; ATLANTIC ENTERPRISES, LLC;
WANCHESE FISH COMPANY; EASTER JOY, INC.; LOCAL 1749 ILA, AFL-CIO,
NEW BEDFORD FISH LUMPERS PENSION PLAN,

Plaintiffs,

------

v.

THE HONORABLE GARY LOCKE, Secretary of Commerce; THE NATIONAL
OCEANIC AND ATMOSPHERIC ADMINISTRATION, (NOAA); THE NATIONAL
MARINE FISHERIES SERVICE, (NMFS); CONSERVATION LAW FOUNDATION,
INC.; JANE LUBCHENCO, Administrator of the National Oceanic and
Atmospheric Administration,

Defendants, Appellees,

------

ATLANTIC COASTAL COOPERATIVE STATISTICS PROGRAM, (ACCSP);
ATLANTIC STATES MARINE FISHERIES COMMISSION, (ASMFC),

Defendants.

_____

No. 11-1987

JAMES LOVGREN; CITY OF NEW BEDFORD; PAUL THERIAULT; CHUCK WEIMER;
 TEMPEST FISHERIES, LTD.; GRACE FISHING, INC.; ROANOKE FISH CO.,
 INC.; NEW BEDFORD FISH LUMPERS PENSION PLAN; CITY OF GLOUCESTER;
    ATLANTIC COAST SEAFOOD, INC.; LYDIA & MAYA, INC.; JOHN &
   NICHOLAS, INC.; BERGIE'S SEAFOOD, INC.; NORDIC, INC.; LYMAN
 FISHERIES, INC.; THE HOPE II, INC.; REIDAR'S MANUFACTURING, INC.;
 DIAMOND DOG FISHING CORP.; ATLANTIC ENTERPRISES, LLC; WANCHESE
   FISH COMPANY; EASTER JOY, INC.; LOCAL 1749 ILA, AFL-CIO, NEW
                  BEDFORD FISH LUMPERS PENSION PLAN,

                            Plaintiffs,

                            ------

NEW HAMPSHIRE COMMERCIAL FISHERMEN'S ASSOCIATION; DAVID ARIPOTCH;
   RICHARD GRACHEK; AMERICAN ALLIANCE OF FISHERMEN AND THEIR
                          COMMUNITIES,

                       Plaintiffs, Appellants,

                               v.

   THE HONORABLE GARY LOCKE, Secretary of Commerce; THE NATIONAL
   OCEANIC AND ATMOSPHERIC ADMINISTRATION, (NOAA); THE NATIONAL
  MARINE FISHERIES SERVICE, (NMFS); CONSERVATION LAW FOUNDATION,
  INC.; JANE LUBCHENCO, Administrator of the National Oceanic and
                    Atmospheric Administration,

                       Defendants, Appellees,

                            ------

    ATLANTIC COASTAL COOPERATIVE STATISTICS PROGRAM, (ACCSP);
     ATLANTIC STATES MARINE FISHERIES COMMISSION, (ASMFC),

                          Defendants.

          _____

No. 11-2001

JAMES LOVGREN; CITY OF NEW BEDFORD; NEW HAMPSHIRE COMMERCIAL
FISHERMEN'S ASSOCIATION; PAUL THERIAULT; CHUCK WEIMER; DAVID
ARIPOTCH; RICHARD GRACHEK; AMERICAN ALLIANCE OF FISHERMEN AND
THEIR COMMUNITIES; NEW BEDFORD FISH LUMPERS PENSION PLAN; CITY OF
GLOUCESTER; ATLANTIC COAST SEAFOOD, INC.; REIDAR'S MANUFACTURING,
INC.; LOCAL 1749 ILA, AFL-CIO; NEW BEDFORD FISH LUMPERS PENSION
PLAN,

Plaintiffs,

------

TEMPEST FISHERIES, LTD.; GRACE FISHING, INC.; ROANOKE FISH CO.,
INC.; LYDIA & MAYA, INC., JOHN & NICHOLAS, INC.; BERGIE'S
SEAFOOD, INC.; NORDIC, INC.; LYMAN FISHERIES, INC.; THE HOPE II,
INC.; DIAMOND DOG FISHING CORP.; ATLANTIC ENTERPRISES, LLC;
WANCHESE FISH COMPANY; EASTER JOY, INC.

Plaintiffs, Appellants,

v.

THE HONORABLE GARY LOCKE, Secretary of Commerce; THE NATIONAL
OCEANIC AND ATMOSPHERIC ADMINISTRATION, (NOAA); THE NATIONAL
MARINE FISHERIES SERVICE, (NMFS); CONSERVATION LAW FOUNDATION,
INC.; JANE LUBCHENCO, Administrator of the National Oceanic and
Atmospheric Administration,

Defendants, Appellees,

------

ATLANTIC COASTAL COOPERATIVE STATISTICS PROGRAM, (ACCSP);
ATLANTIC STATES MARINE FISHERIES COMMISSION, (ASMFC),

Defendants.

---

**ERRATA SHEET**

The opinion of this Court issued on November 28, 2012,
is amended as follows:

On page 24, line 12, "Plaintiff-appellants" is amended to
read "Plaintiffs-appellants".

-4-

On page 55, line 5, the citation is amended to read "Pub. L. No. 109-479, Tit. I".